TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

FROM: 05711068
TO: Bc, Erh
SUBJECT: USANJ-HabeasCases@usdoj.gov
DATE: 03/15/2022 12:35:24 PM



fvh, .

United States District Court
District of New Jersey

Citizens of Ukraine & Frederick Banks, Petitioners,

v.                  Civil Action No.

President Joe Biden;
Director, Central Intelligence Agency;
Secretary of State, US State Department;
Secretary of the US Army;
Secretary of the US Navy;
Secretary of the US Marines;
Secretary of the US Airforce,

Respondents.

PETITION FOR A WRIT OF MANDAMUS & HABEAS CORPUS TO SECURE EVACUATION
ROUTES OUT OF UKRAINE AND TO PROTECT & SECURE UKRAINIANS AND OTHERS INSIDE UKRAINE
AND TO LIFE THE FISA WARRANT AGAINST UKRAINIANS AND PETITIONERS

Petitioner Frederick Banks, an American Indian ("Banks" & "Petitioner") moves for a Writ of Mandamus & Habeas Corpus under the Preamble ordain and establish clause against President Joe Biden, Director, Central Intelligence Agency, Secretary of State US State Department, Secretary of the US Army, Secretary of the US Navy, Secreatary of the US Marines, and Secretary of the US Airforce ("Respondent's") and represents;

1. All Respondent's owe Banks a duty to expend his taxpayer dollars in the the best and financially fit way to conserve the tax funds. Respondents Biden and the other Respondent's violated that duty owed by sending massive amount of tax funds in the form of Arms and other assistance to the Ukraine which recently was invaded by Russian Troops. Using a Technology called "Telepathic Behavior Modification" see term at www.foia.cia.gov delivered by satellite with gps tracking to Russia President Putin, Russian Troops, Ukraine President Zelinsky and Ukraine fighting forces Petitioner verily believes that the CIA is controlling Putin and Russia Troop movements into Ukraine if not Zelinsky and Ukraine fighting forces to "make a media cycle", discredit Russia and weaken the Russian Army for the purposes of control. Part of this "Russia media cycle" including the recent doping scandal of the Russia figure skater in the Beijing Olympics. See "Voice of God Weapon" at www.wired.com. In a 11/7/2016 letter to Ivanka Trump Petitioner exposed the FISA Warrant on the 2016 Trump Campaign. See USA v. Banks 2:15cr168 (WDPA) at Doc's 259, 352 and 593. It is clear to Petitioner Putin, Russian Troops, Zelinsky and Ukraine fighting forces not to mention Russian and Ukraine citizens all have a FISA Warrant on them so the CIA can control the media to this end. See Project Mockingbird at Wikipedia.org. Petitioner who recently won another appeal pro se See Banks v. Warden Allenwood FCI, C.A. No. 21-2970 (3d Cir 2/28/2022) at Doc 12-1. ("We will summarily vacate the District Court's order and remand the matter to the District Court to allow the Government to respond to the merits of Banks's petition.") is the only pro se litigant in US History to ever win a Petition for Rehearing in any US Court of Appeals. See In Re Frederick H Banks No 18-1014 (3d Cir 9/24/2018) knows what time it is.

2. Unfortunately, numerous Ukraine citizens have perished in the War In Ukraine but the respondents have botched their jobs and issued sanctions and sent arms and aid which will not stop the carnage against innocent people. Instead Respondents must assist in evacuation efforts of Ukraine citizens, open evacuation routes and protect them along the evacuation routes. This would be a better use of US taxpayer funds.

3. Under Article I section 8, clause 12 Congress may appropriate money to support an Army for a term of no more than 2 years. Here the Ukraine forces have been supported for well over that and ever since the annexation of Crimea. the President and Respondent's should not be allowed to squander money in a foreign war. They should support Ukraine's citizens and secure

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: FTD-N-C

---

evacuation routes to get them safely out of the Ukraine and support the defense of citizens and residential areas inside Ukraine. This would be a better use of US taxpayer funds. Because this has not been done it constitutes High Crimes and Misdemeanors mandating President Biden's removal from office. A CNN report showed a pregnant mother who was injured in a Russia bombing lying on a gurney. Doctors could not resuscitate her or her child and they both died. Other disturbing images show an 11 year old child arriving by himself crying on the route to and into Poland. The court should order a mandamus against Respondents to do their duty and much more to protect the Ukrainian People, journalist and US and other citizens in Ukraine and get them to safety or protect and secure them inside Ukraine.

4. The court has jurisdiction to do so under 28 USC and based on that taxpayer money is being expended to conduct and defend the war in the Ukraine and sanctions have been imposed against the Russian Federation, President Putin and other Russians related to the Ukraine War. Petitioner has an indisputable right to relief under the Ordain and Establish Clause of the Preamble to the United States Constitution and the owed duties of Respondents that were breached by them as mentioned herein. Further, the court should order that the FISA Warrants against Ukrainian Citizens, Frederick Banks, Putin, Zelinsky and the Russians should be disclosed and lifted under 50 USC 1806(f) and 50 USC 1801, et seq and Petitioner's and others mentioned herein discharged from custody and restraint.

WHEREFORE, the foregoing Petition for a Writ of Mandamus should be granted along with the above listed relief and all other requested and warranted relief. The Court should order Respondents to protect the people of Ukraine and others inside Ukraine and to open and secure evacuation routes so that fleeing Ukraine and others can safely get out of Ukraine.
The court should fashion any order it sees fit to secure these requests and serve it on Respondents forthwith. The court should also grant a preliminary and permanent injunction because of the state of the conflict and the fact that Ukrainians and others in the conflict zone are dying on a minute by minute basis. The Court should order the FISA Warrants lifted and the FISA disclosed and Petitioner's discharged from custody and restraint.

Executed on 3/15/2022 under the penalty for perjury.

Respectfully submitted,

/s/ Frederick Banks
Frederick Banks
05711068
FCI Fort Dix
Box 2000
Joint Base MDL, NJ 08640

PETITIONER